UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA D. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 to 25, INCLUSIVE,<br><br>    Defendants. | **CASE NO. ED CV 21-0684-TJH(SPx)**<br><br>**Assigned to Hon. Terry J. Hatter, Judge**<br><br>**ORDER OF DISMISSAL [JS-6]** |

  Plaintiff, TONYA D. JOHNSON and Defendant, TARGET CORPORATION, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

-1-

ORDER OF DISMISSAL

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated: JUNE 10, 2022

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE